**Dismissed and Memorandum Opinion filed June 24, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00015-CV

**ARTHUR SMITH, Appellant**

**V.**

**ROBERT WILLIAMS, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1159831**

## MEMORANDUM  OPINION

This appeal is from a judgment signed December 12, 2020. The clerk's record was filed January 11, 2021. The reporter's record was filed March 29, 2021. No brief was filed.

On May 11, 2021, this court issued an order stating that unless appellant filed a brief on or before June 1, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain.